UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Base Holdings, LLC | § § § § | Case No.: 09−34269−sgj7 |
| Debtor(s) | § | Chapter No.: 7 |
| Center Operating Company, L.P. | § § | |
| Plaintiff(s) | § | Adversary No.: 09−03256−sgj |
| vs.<br>Base Holdings, LLC  et al. | § § | Civil Case No.:  3:11−CV−3531−D |
| Defendant(s) | § § | |
| Center Operating Company, L.P. | § § | |
| Plaintiff(s) | § § | |
| vs.<br>Base Holdings, LLC et al. | § § § | |
| Defendant(s) | § § § § | |

# NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.

- ☑ One copy of:  Second Report and Recommendation to District Court: addressing the amended motion to withdraw the reference filed August 29, 2014 .

**TO ALL ATTORNEYS:** F.R.C.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.


DATED:  12/5/14                                FOR THE COURT:
                                               Tawana C. Marshall, Clerk of Court

                                               by: /s/J. Blanco, Deputy Clerk